# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JAMES KENNETH COUTURE<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         22-MJ-7001-JCB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2021 to present__ in the county of __Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(b)(1) | Tampering with a witness, victim, or an informant. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Jenny Shelton.

☑ Continued on the attached sheet.

*Complainant's signature*

Jenny Shelton, FBI Special Agent
*Printed name and title*

Sworn and subscribed to before me telephonically pursuant to Fed. R. Crim. P. 4.1(a)

Date: 5:12 PM, Jan 14, 2022

*Judge's signature*

City and state: Boston, Massachusetts

HON. JENNIFER C. BOAL, U.S.M.J.
*Printed name and title*