# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 21-cr-10172 |
| **JAMES COUTURE** | |

## MOTION TO CANCEL RULE 11 HEARING

The defendant, James Couture ("the defendant"), by and through undersigned counsel, respectfully requests this Honorable Court cancel the Waiver of Indictment/Rule 11 Hearing scheduled for 3pm tomorrow. As grounds, the defendant avers and states he no longer wishes to waive indictment and/or to plead guilty to the information filed in this case.

**WHEREFORE**, the defendant respectfully requests that his motion be granted.

Dated: July 6, 2021

Respectfully submitted,
JAMES COUTURE
By and through his attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
BRAD BAILEY LAW, P.C.
44 School Street, Suite 1000B
Boston, Massachusetts 02108
Tel.: (857) 991-1945
Fax: (857) 265-3184
brad@bradbaileylaw.com

## Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 6th day of July 2021, I caused a true copy of the foregoing *Motion to Cancel Rule 11 Hearing* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey